UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID K. PETERSEN,

    Plaintiff,

               Case No. 1:11-cv-371

v.

               HONORABLE PAUL L. MALONEY

JACOB LAW GROUP, PLLC and
MICHAEL A. JACOB,

    Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Jacob Law Group, PLLC has not filed the requisite disclosure.

  IT IS HEREBY ORDERED that defendant Jacob Law Group, PLLC shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 11, 2011             /s/ Paul L. Maloney
                     Paul L. Maloney
                     Chief United States District Judge