IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID K. PETERSEN,

    Plaintiff,

V                                       Case No. 1:11-cv-00371

JACOB LAW GROUP, PLLC, et al.,

    Defendants.

_____/

| | |
|---|---|
| Brian P. Parker (P48617) | Jeffrey C. Turner (OH# 0063154) |
| Attorney for Plaintiff | John P. Langenderfer (OH# 0079094) |
| LAW OFFICES OF BRIAN P. PARKER, PC | Attorneys for Defendants |
| 30600 Telegraph Rd., Ste. 1350 | SURDYK, DOWD & TURNER CO., LPA |
| Bingham Farms, MI 48025 | One Prestige Place, Ste. 700 |
| Tel: (248) 642-6268 | Miamisburg, OH 45342 |
| Fax: (248) 642-8875 | Tel: (937) 222-2333 |
| brianparker@collectionstopper.com | Fax: (937) 222-1970 |
| | jturner@sdtlawyers.com |
| | jlandenderfer@sdtlawyers.com |

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, and the Defendants and their attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits pursuant to a settlement and release entered into by the parties, without costs or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: February 16, 2012                              Dated: February 16, 2012

/s/ Brian Parker_____               /s/ Jeffrey C. Turner_____
Brian P. Parker (P48617)                          Jeffrey C. Turner (OH# 0063154)
Attorney for Plaintiff                                   John P. Langenderfer (OH# 0079094)
LAW OFFICES OF BRIAN P. PARKER, PC     Attorneys for Defendants

30600 Telegraph Rd., Ste. 1350  
Bingham Farms, MI 48025  
Tel: (248) 642-6268  
Fax: (248) 642-8875  
brianparker@collectionstopper.com

SURDYK, DOWD & TURNER CO., LPA  
One Prestige Place, Ste. 700  
Miamisburg, OH 45342  
Tel: (937) 222-2333  
Fax: (937) 222-1970  
jturner@sdtlawyers.com  
jlandenderfer@sdtlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID K. PETERSEN,

    Plaintiff,

V                                        Case No. 1:11-cv-00371

JACOB LAW GROUP, PLLC, et al.,

    Defendants.

_____/

| | |
|---|---|
| Brian P. Parker (P48617)<br>Attorney for Plaintiff<br>LAW OFFICES OF BRIAN P. PARKER, PC<br>30600 Telegraph Rd., Ste. 1350<br>Bingham Farms, MI 48025<br>Tel: (248) 642-6268<br>Fax: (248) 642-8875<br>brianparker@collectionstopper.com | Jeffrey C. Turner (OH# 0063154)<br>John P. Langenderfer (OH# 0079094)<br>Attorneys for Defendants<br>SURDYK, DOWD & TURNER CO., LPA<br>One Prestige Place, Ste. 700<br>Miamisburg, OH 45342<br>Tel: (937) 222-2333<br>Fax: (937) 222-1970<br>jturner@sdtlawyers.com<br>jlandenderfer@sdtlawyers.com |

_____/

## **ORDER**

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants is dismissed with prejudice without costs, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____.

                                                        HON. Paul L. Maloney
                                                        United States District Court